**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JEREN M. MILLS**                                                                **PLAINTIFF**

**v.**                                              **Case No. 3:25-cv-186-JM**

**JEROME T. KEARNEY,**
**Judge,** *et al*.                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE